IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH SCOTT, | ) |
|               Plaintiff, | ) |
| v. | ) C.A. No. 24-1250 (MN) |
| JOHN W. DEAN, et al., | ) |
|               Defendants. | ) |

**<u>ORDER</u>**

At Wilmington, this 5th day of September 2025,

WHEREAS, in their Motion to Dismiss, Defendants John W Dean, John Doe, and Delaware State Troop 3 Police Department assert that Plaintiff Joseph Scott has not effected service on the Delaware Attorney General, Chief Deputy Attorney General, or State Solicitor, as required by Section 3103 of Delaware Code Title 10 (D.I. 30);

WHEREAS, in his response, Plaintiff does not contest that he has not effected service on the Delaware Attorney General, Chief Deputy Attorney General, or State Solicitor (*see* D.I. 37), and the record does not otherwise reflect that Plaintiff has complied with Section 3103;

WHEREAS, Plaintiff initiated this case pro se on November 13, 2024 (D.I. 1), paid the filing fee and as such is responsible for service of the Summons and Complaint under Rule 4 of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiff signed an Acknowledgment of Receipt of Rule 4, affirming that Plaintiff "understood that it is [Plaintiff's] responsibility to make service of process on defendants in accordance with this rule" (D.I. 1-2); and

WHEREAS, Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

THEREFORE, IT IS HEREBY ORDERED that, on or before October 6, 2025, Plaintiff shall:

1. File a return of service (or an executed waiver of service) indicating that service was made on the Delaware Attorney General, Chief Deputy Attorney General, or State Solicitor in the 90 days prescribed by Rule 4(m); or

2. Show good cause for (a) the failure to serve the Delaware Attorney General, Chief Deputy Attorney General, or State Solicitor and (b) why the Court should extend the deadline for service (and for how long).

IT IS FURTHER ORDERED that Defendants' motion to dismiss the complaint (D.I. 30) is **DENIED** without prejudice.

IT IS STILL FURTHER ORDERED that Plaintiff's pending default and discovery motions and requests (D.I. 7, 11, 13-18, 20, 23, 39, 41, and 46) are **DENIED** as premature.

**IT IS FINALLY ORDERED that Plaintiff's failure to comply with this Order will result in dismissal of the complaint and case closure.**

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge